## 16725.   HEAD *v.* THE STATE.

LUKE, J. This case is here for review upon the general grounds of the motion for a new trial alone. The evidence demanded the conviction. It

necessarily follows that the court did not commit error in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 11, 1925.

Conviction of possessing liquor; from city court of Blackshear—Judge Mitchell. July 6, 1925.

*Eldon L. Bowen,* for plaintiff in error.

*S. Thomas Memory, solicitor,* contra.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*